STATE OF NEW JERSEY v. FRANCIS PELTACK.

June 24, 1980.

Cross–Petition for certification denied. (See 172 *N.J.Super.* 287)

STATE OF NEW JERSEY v. GARY LATAWIEC.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BULLOCK.

June 24, 1980.

Petition for certification denied.